# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH EX REL. EARL C.    :    No. 3 MM 2020
HANDFIELD, II    :
   :
   :
   :
              v.    :
   :
   :
DEPUTY PROTHONOTARY OF THE    :
PENNSYLVANIA SUPREME COURT    :
   :
   :
PETITION OF: EARL C. HANDFIELD, II    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of April, 2020, the Application for Leave to File Original

Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.